IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN KANE,                      ) | |
|       Plaintiff,          ) | |
|                               ) | |
|       vs                     ) | Civil Action No. 11-619 |
|                               ) | |
| CITY OF BEAVER FALLS, et al., ) | |
|       Defendants.        ) | |

ORDER OF COURT

AND NOW, this 15th day of July, 2011, after defendant City of Beaver Falls filed a motion to dismiss the complaint (Document No. 10) and a brief in support thereof (Document No. 11),

IT IS ORDERED that the plaintiff is to file an appropriate response in opposition to the motion to dismiss, or submit an amended complaint by August 4, 2011.  Failure to file a timely response to the motion will be construed as consent to the granting of said motion.

s/ ROBERT C. MITCHELL
United States Magistrate Judge