IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN KANE, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 11-619 |
| ) | |
| CITY OF BEAVER FALLS, et al., ) | |
|     Defendants. ) | |

O R D E R

AND NOW, this 15th day of July, 2011, in accordance with the new case assignment system now in place in this district, the above-captioned case has been assigned to the undersigned for all matters, including final disposition.

Therefore, IT IS ORDERED that on or before August 1, 2011, each party shall complete an election form, a copy included herewith, either consenting to jurisdiction by the magistrate judge or electing to have a district judge assigned to the case, and shall file the form with the Clerk's Office.

                                              s/ROBERT C. MITCHELL
                                              United States Magistrate Judge

IMPORTANT:  RETURN THIS FORM TO THE CLERK'S OFFICE PROMPTLY, BUT NOT LATER THAN TWENTY (20) DAYS AFTER YOUR APPEARANCE, ANSWER OR RESPONSE

(Complete either Part 1 or Part 2)

| | |
|---|---|
| SEAN KANE, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 11-619 |
| | ) |
| CITY OF BEAVER FALLS, et al., | ) |
| Defendants. | ) |

PART 1:  CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (party)(counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____    _____
Signature

Print Name:    _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2:  DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party)(counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____    _____
Signature

Print Name:    _____