Memorandum of Non-Jury Trial

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN KANE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 11-619 |
| | ) | |
| ROBERT E. HILER, et al., | ) | |
|     Defendants. | ) | |

Hearing on:  STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT MITCHELL

Appears for Plaintiff:	John Bacharach

Appears for Defendants:	Tom McGinnis

Hearing began:	December 8, 2011; 9:58 a.m.
Hearing concluded:	10:11 a.m.

1. Discovery is extended to February 19, 2012.
2. A Status Conference is set for March 9, 2012 at 9:30 a.m.